NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BRIGHAM AND WOMEN'S HOSPITAL, INC. AND AMGEN, INC.,**
*Plaintiffs-Appellees,*

AND

**NPS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

v.

**TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., AND BARR LABORATORIES,**
*Defendants-Appellants.*

---

2011-1217

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0464, Judge Harvey Bartle, III.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Barr Laboratories, Inc. (collectively Teva) move to stay proceedings in this case pending the court's disposition in *Therasense, Inc. v. Becton, Dickinson & Co.*, 2008-1511 et al. The appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is denied.

(2) Teva's initial brief is due within 60 days from the date of filing of this order.

FOR THE COURT

MAR 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John D. Murnane, Esq.
John L. North, Esq.
Mary W. Bourke, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2011

JAN HORBALY
CLERK